UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THERESA DUAH, on behalf of herself
and all others similarly situated,

        Plaintiffs,

v.

MIDLAND CREDIT
MANAGEMENT, INC

        Defendants.

Civil Action No. 1:20-cv-06361-ENV-CLP

STIPULATION OF DISMISSAL

        **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Plaintiff and Defendants in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims that were or could have been made herein by Plaintiff are hereby dismissed with prejudice as to Plaintiff and without prejudice as to any unnamed class members, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

        **IT IS HEREBY FUTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: Floral Park, NY
       December 20, 2021

/s/ Ryan L. Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
110 Jericho Turnpike – Suite 100
Floral Park, NY 11001
Tel: 201-873-7675
Email: rlg@lawgmf.com
*Attorneys for Plaintiff*

/s/ Dana Brett Briganti
Hinshaw & Culbertson LLP
800 Third Avenue
13th Floor
New York, NY 10022
Email: dbriganti@hinshawlaw.com
*Attorney for the Defendant*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 12/21/21

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

**THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE.**